UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| RACHEL FEVINGER<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 13-4839 PSG<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　April 17, 2014<br>Mediator:　Zela Claiborne |

　　IT IS HEREBY ORDERED that the request to excuse the corporate representatives of defendants Bank of American, N.A, and from appearing in person at the April 17, 2014, mediation before Zela Claiborne is GRANTED. The representatives shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

　　IT IS SO ORDERED.

April 14, 2014　　　　　　By:　　　　　_[signature]_____
Dated　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**