**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RACHEL FEVINGER, | Case No. 5:13-cv-04839-PSG |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| v. | |
| BANK OF AMERICA, N.A., and US BANK, N.A. TRUSTEE, | |
| Defendants. | **(Re: Docket Nos. 45, 47)** |

Before the court is Plaintiff Rachel Fevinger's motion to file a third amended complaint.[1] Defendants Bank of America, N.A. and US Bank N.A. trustee oppose.[2] Plaintiff replied to the opposition.[3] The matter was submitted without oral argument pursuant to Civ. L.R. 7-1(b). Having reviewed the papers, the court GRANTS Plaintiff's motion for leave to amend.

---

[1] *See* Docket No. 47.

[2] *See* Docket No. 49.

[3] *See* Docket No. 60.

1

Case No. 5:13-cv-04839-PSG
ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED
COMPLAINT AND DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
SECOND AMENDED COMPLAINT

The court construes Rule 15(a) liberally so that amendments shall be granted "freely . . . when justice so requires."[4] If, however, amendment will prejudice the nonmoving party, is sought in bad faith, produces undue delay, or is futile, the court need not grant leave to amend.[5] Although Defendants here invoke those limitations to amendment,[6] and notwithstanding that Plaintiff has thrice attempted to formulate a proper complaint,[7] the court finds that the balance weighs in favor of granting her request due to the exigencies surrounding her husband's medical circumstances.[8] Plaintiff is nevertheless warned that any deficiencies in her complaint should be adequately remedied so that her claims will survive this fourth and likely final round of pleading.

Granting this motion renders Defendants' motion to dismiss Plaintiff's second amended complaint moot; the motion is therefore DENIED.[9] The parties shall follow an accelerated briefing schedule as follows: (i) Plaintiff shall file and serve her third amended complaint by June 13, 2014; (ii) any responsive pleadings or motions shall be due by June 20, 2014; (iii) any opposition by Plaintiff shall be due by June 27, 2014; (iv) on July 8, 2014, at 10:00 a.m., the parties shall appear for oral argument. No reply shall be considered. Any party wishing to appear by telephone may do so by reaching out to Mr. Oscar Rivera at (408) 535-5378.

**IT IS SO ORDERED.**

Dated: June 6, 2014

PAUL S. GREWAL
United States Magistrate Judge

---

[4] *See AmerisourceBergen Corp. v. Dialysis West, Inc.*, 465 F.3d 946, 951 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)).

[5] *See id.* (citing *Bowels v. Reade*, 198 F.3d 752, 757-58 (9th Cir. 2001)).

[6] Specifically, Defendants argue that amendment would prejudice them by increasing litigation costs, unduly delay this matter's disposition, and would be futile as Plaintiff's proposed TAC would not survive a 12(b)(6) motion. *See* Docket No. 49 at 8.

[7] *See* Docket Nos. 1, 14, 43.

[8] *See* Docket No. 47-2 at ¶ 11.

[9] *See* Docket Nos. 45, 52, 59.

2
Case No. 5:13-cv-04839-PSG
ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT