1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  KURT C. WENDLENNER (State Bar No. 238434)
   kcw@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant
7  NATIONSTAR MORTGAGE LLC

8
                    UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11
   RACHEL FEVINGER, an individual,          Case No. 5:13-cv-04839-PSG
12
              Plaintiff,                    [PROPOSED] ORDER OF DISMISSAL
13                                          RE NATIONSTAR MORTGAGE LLC
         vs.
14
   BANK OF AMERICA, a national association;
15 US BANK, N.A. as Trustee for Wamu
   Mortgage Pass-Through Certificates, Series
16 WMALT 2006-AR1; NATIONSTAR
   MORTGAGE LLC, a limited liability
17 corporation; and Does 1 through 100,
   inclusive,
18
              Defendants.
19

20
21       On August 22, 2014, the Court issued an Order (Docket No. 84) providing Plaintiff Rachel

22 Fevinger with leave to amend her complaint, up until August 29, 2014.  Plaintiff failed to file an

23 amended complaint by August 29, 2014.  A District Court may dismiss an action pursuant to

24 Federal Rule of Civil Procedure 41(b) when a plaintiff fails to comply with a court-ordered

25 amendment deadline.  *Yourish v. California Amplifier*, 191 F.3d 983 (9th Cir. 1999); *see Link v.*

26 *Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

27       IT IS HEREBY ORDERED THAT Nationstar Mortgage LLC's ("Nationstar") Motion to

28 Dismiss Plaintiff Rachel Fevinger's ("Plaintiff") Third Amended Complaint is GRANTED.

1 | Plaintiff's action is dismissed as to Nationstar, without leave to amend.

2 | IT IS SO ORDERED.

3 | Dated: 9/5/14

*[signature]*

HON. PAUL S. GREWAL
United States Magistrate Judge