UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RACHEL FEVINGER,<br><br>                    Plaintiff,<br>     v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>                    Defendants. | Case No. 5:13-cv-04839-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 93)** |

Based on the parties' joint case management statement and the case management conference on January 6, 2015,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days after entry of this order.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Fact Discovery Cut-Off ........................................................................................ May 27, 2016

Expert Discovery Cut-Off ..................................................................................... July 29, 2016

---

[1] *See* Docket No. 95.

1

Case No. 5:13-cv-04839-PSG
CASE SCHEDULING ORDER

1     Pre-Trial Conference ................................................................. October 11, 2016 at 10:00 AM

2     Jury Trial ................................................................................... October 17, 2016 at 9:30 AM

**SO ORDERED.**

Dated: January 15, 2015


PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:13-cv-04839-PSG
CASE SCHEDULING ORDER